## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JEFFERY A. GROSS, individually and as a beneficiary of the W.B. Martin Gross Declaration of Trust, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:22-cv-00951 |
| ) | |
| v. ) | Honorable Mary M. Rowland |
| ) | |
| LAVINA S. GROSS, individually, ) | Magistrate Gabriel Fuentes |
| ) | |
| Defendant. ) | |

### JOINT MOTION TO CONTINUE DISCOVERY DEADLINES

Plaintiff Jeffery Gross, on behalf of himself and on behalf of the W.B. Martin Gross Declaration of Trust, and Defendant Lavina Gross, by and through their respective attorneys bring this joint motion to continue the discovery deadlines in this action due to a scheduled mediation between the parties set for June 29-30, 2023.

Jeffery and Lavina are each a plaintiff and defendant, respectively, in an Illinois state court action pending in the circuit court of the Eighteenth Judicial District, DuPage County, Illinois captioned *Jeffery A. Gross and Allison A. Gross, as beneficiaries of the W.B. Martin Gross Declaration of Trust, v. Lavina S. Gross and BankFinancial, N.A., as co-trustees of the W.B. Martin Gross Declaration of Trust*, Case No. 2022 LA 00192 (the "DuPage Action"). The DuPage Action includes additional parties and involves a single claim for breach of fiduciary duty relating to alleged breaches of fiduciary duty by the co-trustees of the W.B. Martin Gross Declaration of Trust. Defendant, Lavina Gross, has previously filed her answer denying all material allegations, and a counter claim against Plaintiffs pursuant to the No Contest clause of the W.B. Martin Gross Declaration of Trust.

1

On March 14, 2023, plaintiffs in the DuPage Action filed a Motion to Remove Defendant Lavina Gross as Trustee and Investment Advisor of the W.B. Martin Gross Declaration of Trust and also filed a Petition for the Trustees of the W.B. Martin Gross Declaration of Trust to Refund Attorneys' Fees They Paid Using Trust Funds.

On March 16, 2023, the parties appeared before the presiding judge, Hon. James F. McCluskey, for a status conference, at which time Judge McCluskey encouraged the parties to mediate and indicated his willingness to act as mediator. The parties agreed to mediation, and Jeffery and Lavina agreed that the mediation would also include potential resolution of this action.

On March 20, 2023, the parties appeared again before Judge McCluskey and scheduled a two-day mediation to occur before Judge McCluskey on June 29-30, 2023.

Pursuant to the March 20, 2023 Order entered by Judge McCluskey, the DuPage Action is continued until June 29, 2023 for the mediation except as to (1) receipt of any records which may be received pursuant to any currently outstanding and previously issued subpoenas; (2) outstanding discovery due by defendant, Bank Financial; and (3) any requests for disbursements by the beneficiaries.

With respect to this action, Jeffery and Lavina have agreed, pending the approval of this Court, to continue existing discovery deadlines until after the June 29-30, 2023 mediation in order to avoid potentially unnecessary litigation expenses while they seek a potential resolution of this action.

Jeffery and Lavina have made no prior joint request for a continuance of deadlines. This request for a continuance is submitted in good faith, for the purpose of allowing the parties to pursue settlement.

The current discovery deadlines and scheduled hearings in this action are as follows:

- March 29, 2023: status conference before Judge Rowland (Dkt. 49)
- May 4, 2023: joint status report due (Dkt. 36)
- May 5, 2023: oral fact depositions (including party and third-party depositions) and all fact discovery completed (Dkt. 27, 36)
- June 2, 2023: Rule 26(a)(2) expert reports to be exchanged (Dkt. 27, 36)
- June 30, 2023: non-Rule 26(a)(2) experts (or treating physicians/medical fact witnesses) deposed (Dkt. 27, 36)
- July 31, 2023: Rule 26(a)(2) experts deposed, and expert discovery and thus all discovery, completed by this date (Dkt. 27, 36).

Jeffery and Lavina respectfully request the Court strike all existing discovery deadlines and set a status conference for early July 2023 for the parties to report back on the status of settlement and discuss new discovery deadlines, if necessary. Additionally, Jeffery and Lavina request that the March 29, 2023 status conference be taken off calendar and/or reset for early July.

Dated: March 28, 2023                                   Respectfully submitted,

**JEFFERY A. GROSS**

By:    /s/ Verona M. Sandberg
       One of His Attorneys

       Verona M. Sandberg (#6279749)
       FREEBORN & PETERS LLP
       311 S. Wacker Drive, Suite 3000
       Chicago, Illinois 60606
       Ph: (312) 360-6000
       Email: vsandberg@freeborn.com

**LAVINA S. GROSS**

By:    /s/ Thomas A. Christensen
       One of Her Attorneys

       Thomas A. Christensen (#6215881)
       Leah A. Gorski (#6326922)
       HUCK BOUMA PC
       1755 South Naperville Road, Suite 200
       Wheaton, Illinois 60189

Ph: (630) 221-1755
Email: tchristensen@huckbouma.com
Email: lgorski@huckbouma.com

Mark L. Karasik (#6180292)
BAKER McKENZIE, LLP
300 E. Randolph Street, Suite 5000
Chicago, Illinois 60601
Ph: (312) 861-8000
Email: mark.karasik@bakermckenzie.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on March 28, 2023, I caused a true and correct copy of the foregoing **Joint Motion to Continue Discovery Deadlines** to be electronically filed with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to counsel of record and via electronic mail:

| | |
|---|---|
| Thomas A. Christensen | Mark L. Karasik |
| Leah A. Gorski | BAKER McKENZIE, LLP |
| HUCK BOUMA PC | 300 E. Randolph Street |
| 1755 South Naperville Road | Suite 5000 |
| Suite 200 | Chicago, Illinois 60601 |
| Wheaton, Illinois 60189 | (312) 861-8000 |
| (630) 221-1755 | mark.karasik@bakermckenzie.com |
| tchristensen@huckbouma.com | |
| lgorski@huckbouma.com | |

/s/   Verona M. Sandberg